# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                      **07-03111-01-CR-S-ODS**

**TARI SUE JOHNSON**

                                             **USM Number: 43091-061**

                                             Michelle Law, AFPD
                                             901 St. Louis Ste. 801
                                             Springfield MO 65806

_____

## JUDGMENT IN A CRIMINAL CASE
### (For Revocation of Probation or Supervised Release)

**THE DEFENDANT:**

admitted guilt to violation of Mandatory condition(s) of the term of supervision.

The defendant is adjudicated guilty of these violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1. | The defendant shall refrain from any unlawful use of a controlled substance | November 18, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

                                             Date of Imposition of Sentence:
              :                                  February 2, 2009


                                             s/Ortrie D. Smith
                                         _____
                                              ORTRIE D. SMITH
                                         UNITED STATES DISTRICT JUDGE

                                           February 05, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **Time Served.**

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **1 years**.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

If this judgment imposes a fine or a restitution, it is a condition of supervision that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;

2. The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4. The defendant shall support his or her dependents and meet other family responsibilities;

5. The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6. The defendant shall notify the probation officer **at least ten (10) days prior** to any change in residence or employment;

7. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9. The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11. The defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law

      enforcement agency without the permission of the court;

13.    As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

# ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

The defendant shall also comply with the following additional conditions of supervised release:

1. The defendant shall participate in any substance abuse/mental health treatment program deemed necessary by the probation officer.

2. The defendant shall seek and maintain full time verifiable employment throughout the period of supervision.

3. The defendant shall perform 100 hours of community service work on a schedule and with an agency agreed upon between herself and the U.S. Probation Office, to be completed during the first 2 years of supervision.

4. The defendant shall attend AA for her alcohol abuse.

5. The defendant is to make regular payments toward restitution.

## ACKNOWLEDGMENT OF CONDITIONS

I have read or have had read to me the conditions of supervision set forth in this judgment and I fully understand them. I have been provided a copy of them.

I understand that upon finding of a violation of probation or supervised release, the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

_____     _____
Defendant                                                                          Date

_____     _____
United States Probation Officer                                            Date

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments.

| **Total Assessment** | **Total Fine** | ***Total Restitution** |
|---|---|---|
| $ | $ | $141,515.76 |

The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid in full prior to the United States receiving payment.

You are hereby ordered to begin payment immediately and continue to make payments to the best of your ability until this obligation is satisfied. While in custody you are directed to participate in the Bureau of Prisons Financial Responsibility Program, if eligible, and upon your release from custody you shall adhere to a payment schedule as determined by the Probation Office.

| **Name of Payee** | **Total Loss** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Bank One Ohio | $10,461.67 | $10,261.67 | |
| National City | $19,473.02 | $19,473.02 | |
| Fifth Third of Western Ohio | $9,623.46 | $9,623.46 | |
| Huntington Bank | $1,787.18 | $1,787.18 | |
| Liberty Savings Bank | $5,104.40 | $5,104.40 | |
| The Ohio Bank | $1,453.91 | $1,453.91 | |
| Wright-Patt Credit Union | $1,110.19 | $1,110.19 | |
| First USA | $1,675.43 | $1,675.43 | |
| Jimbo's Carryout | $812.48 | $812.48 | |
| Springboro Hardware | $189.95 | $189.95 | |
| Coast to Coast | $151.33 | $151.33 | |
| Cub Foods | $131.13 | $131.13 | |
| Wal-Mart | $144.09 | $144.09 | |
| Lowe's | $224.22 | $224.22 | |
| Office Max | $187.29 | $187.29 | |
| Office Depot | $208.73 | $208.73 | |

| | | |
|---|---|---|
| Wal-Mart | $151.55 | $151.55 |
| Famous Footwear | $163.71 | $163.71 |
| Fashion Bug | $83.04 | $83.04 |
| Bank One | $7,988.12 | $7,988.12 |
| Citizens Bank | $9,863.88 | $9,863.88 |
| NCB Bank | $2,000.00 | $2,000.00 |
| First Star Bank | $1,791.19 | $1,791.19 |
| U.S. Bank (First Bank) | $10,297.04 | $10,297.04 |
| Citizens National Bank of Milam Co. | $3,376.49 | $3,376.49 |
| Bank of America (Nations Bank) | $8,855.52 | $8,855.52 |
| Citizens National Bank | $638.49 | $638.49 |
| First US Bank | $2,588.45 | $2,588.45 |
| Hartland Bank | $735.00 | $735.00 |
| Hillcrest Bank | $10,895.00 | $10,895.00 |
| Citizen's Bank | $475.00 | $475.00 |
| Mercantile Bank | $300.00 | $300.00 |
| United Missouri Bank | $5,115.00 | $5,115.00 |

The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

Note: Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

* See separate Restitution Judgement for further details